UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11486-GAO

MARIA MIRANDA,
Plaintiff,

v.

BRIAN SWEET,
Defendant.

ORDER
August 12, 2011

O'TOOLE, D.J.

The Massachusetts State Police refused to produce documents for which the plaintiff had served a *subpoena duces tecum*. Within fourteen days after the subpoena was served, the Massachusetts State Police served upon the plaintiff an objection to the plaintiff's *subpoena*. Its subsequent refusal to produce was therefore not improper. See Fed. R. Civ. P. 45(c)(2).

Accordingly, the plaintiff's Motion (dkt. no. 23) for Order to Show Cause Why the Massachusetts State Police Should Not be Held in Contempt is DENIED. Furthermore, for the reasons stated in open court, the plaintiff's Motion (dkt. no. 20) for Contempt and to Compel Production of Documents is DENIED.

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge